In the Matter of the Claim of HARRIET A. PARTRIDGE for Compensation under the Workmen's Compensation Law for the Death of GEORGE A. PARTRIDGE, v. NORWICH PHARMACAL COMPANY, Employer, and UTICA MUTUAL COMPENSATION INSURANCE CORPORATION, Insurance Carrier.— Determination unanimously affirmed.

In the Matter of the Claim of EDNA SAENGER, Respondent, for Compensation under the Workmen's Compensation Law, v. FELIX A. LOCKE, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of EMIL PETERMANN, Respondent, for Compensation under the Workmen's Compensation Law, v. WM. STEINER SONS & COMPANY, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed on the authority of *Marhoffer* v. *Marhoffer* (*ante*, p. 52), decided at this term of court.

THE A. SHERMAN LUMBER COMPANY, Respondent, v. KALT LUMBER COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ANNIE PAGE WARD v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and RAYMOND WARD.— Motion to dismiss appeal denied. Appellant's motion for stay granted, with leave to the respondent to move to modify or vacate this order unless appellant prosecutes her appeal to the Court of Appeals with due diligence.

ANNIE PAGE WARD v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and Others.— Motion to dismiss appeal denied. Appellant's motion for stay granted, with leave to the respondent to move to modify or vacate this order unless appellant prosecutes her appeal to the Court of Appeals with due diligence.

ANNIE PAGE WARD v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and Others.— Motion to dismiss appeal denied. Appellant's motion for stay granted, with leave to the respondent to move to modify or vacate this order unless appellant prosecutes her appeal to the Court of Appeals with due diligence.

ANNIE PAGE WARD v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY and Others.— Motion to dismiss appeal denied. Appellant's motion for stay granted, with leave to the respondent to move to modify or vacate this order unless appellant prosecutes her appeal to the Court of Appeals with due diligence.

ANNIE PAGE WARD v. THE NEW YORK LIFE INSURANCE COMPANY and GRACE L. DIACK.— Motion to dismiss appeal denied. Appellant's motion for stay granted, with leave to the respondent to move to modify or vacate this order unless appellant prosecutes her appeal to the Court of Appeals with due diligence.

ANNIE PAGE WARD v. NEW YORK LIFE INSURANCE COMPANY and Others.— Appellant's motion for stay granted, with leave to the respondent to move to modify or vacate this order unless appellant prosecutes her appeal to the Court of Appeals with due diligence.